400 A.2d 606

Commonwealth v. Dennison, Appellant, et al.

Submitted December 6, 1977. Arnold Silverstein, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

400 A.2d 606

Commonwealth v. Eschette, Appellant.
Petition for Allowance of Appeal Denied April 6, 1979.

Argued December 5, 1978. Arnold J. Wolf, for appellant; William Ryan, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Order affirmed.